1-30-15
82,618-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 04 2015

Abel Acosta, Clerk

To the Court of Criminal Appeals, in care of Mr. Abel Acosta, Clerk.

My name is Vance Andrew Miles and my tr. ct. no. is 13209410.10.10-A. I recieved a card stating that your court has recieved my 11.07 Writ of Habeas Corpus. I am writting this letter to ask the court to please give serious consideration to my appeal and the evidence attatched. I have seen several cases which recieved a card stating the appeal was denied without review. I do not know their situation of course, however I pray that your court will at least look at my Writ and the evidence attatched.

I do not expect the 351st court to admit the mistakes made, as we as humans tend to be reluctant to do so. I can only presume that this court held on to my 11.07 past the 30 days plus the 20 day extension, which is a clear violation, because they know my evidence is very strong. In fact they held my 11.07 for over a year instead of sending it to your court. I have to believe this is because the 351st was and is well aware that you may grant me relief. They did not want your court to see the abuse of discretion or the evidence showing ineffective council. Not to mention the fact that one of the grounds used against me should never have been allowed. I was sentenced to 20 days

for contact that never ~~occur~~ occured without a hearing or Representation, then after serving the 20 days the court used that as a ground for adjudication. That would be punishing me twice for the same offense. The evidence I have provided shows that ~~neve~~ contact never even occured; but my probation officer had twisted my words. I believe sentencing me to 20 days without hearing or council is another clear violation of my Rights. The 351st abused it's authority and discretion in several instances, thereby violating many of my civil Rights. I Vance Andrew Miles pray that your court, The Court of Criminal Appeals will provide me with some sort of Relief. I sincerly thank you for your time in this very important matter.

Sincerly,
United States Citizen,

Vance Miles

Vance Miles
1834198
Wayne Scott Unit
6999 Retrieve 0
Angleton, TX 77515

p.s. I Recieved the cord on 1-29-15